**15UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 15-08007-CJC(AGRx)                                    Date: December 17, 2015

Title: <u>HUGHES V. BIG HEART PET BRANDS, ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Melissa Kunig</u>                                              <u>     N/A     </u>
Deputy Clerk                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                None Present

**PROCEEDINGS: (IN CHAMBERS) [AMENDED] ORDER TO SHOW CAUSE**

      Plaintiff Jessica Hughes brings this action against Defendants Big Heart Pet Brands and Meow Mix, LLC, for violations of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*, the California Consumers Legal Remedies Act, Cal. Civ. Code § 1750 *et seq.*, and the California False Advertising Law, Cal. Bus. & Prof. Code § 17500, *et seq*. On December 9, 2015, the Court dismissed the complaint in a related case, *Barber v. Nestle USA Inc.*, based on the safe harbor doctrine. *See* Case No. 15-cv-01364-CJC-AGR (Dkt. 39 Dec. 9, 2015). The Court notes that Plaintiff's claims in this action are very similar to the claims at issue in *Barber* and suspects that the safe harbor doctrine may also require dismissal of these claims. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for the reasons stated in the order dismissing the complaint in *Barber*. A response is due on **January 7, 2016**.

sr

MINUTES FORM 11
CIVIL-GEN                                                                                              Initials of Deputy Clerk MKU