Elaine T. Byszewski (SBN 222304)
Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
*elaine@hbsslaw.com*
*christopherp@hbsslaw.com*

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JESSICA HUGHES, individually and on behalf all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>BIG HEART PET BRANDS, a Delaware corporation; MEOW MIX, LLC, a Rhode Island corporation,<br>            Defendants, | No. 2:15-cv-08007-CJC (AGRx)<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. Cormac J. Carney<br>Complaint filed: October 12, 2015 |

Plaintiff Hughes submits this response to the Court's December 17, 2016, amended order to show cause.[1]

Plaintiff Hughes respectfully disagrees with the Court's ruling in *Barber v. Nestle USA Inc.*,[2] but appreciates that the Court will apply it in this action as well. Accordingly, there is no reason that this case should not be disposed of on the safe harbor grounds stated in the order dismissing *Barber*, so that Plaintiff Hughes may likewise pursue her appeal.

Plaintiff Hughes's claim for liability under the UCL, CLRA, and FAL is based on Big Heart Pet Brands's material omission of known slave labor in its supply chain, as opposed to affirmative misrepresentations.[3] Likewise, Plaintiff Hughes now hereby contends that Big Heart Pet Brands's superior knowledge compels its duty to disclose, as opposed to Big Heart Pet Brands's partial misrepresentations.[4] So the Court's discussion in the *Barber* ruling at 11-14 is not necessary to dispose of this action.

Respectfully submitted,

DATED: January 7, 2016      HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Elaine T. Byszewski*
Elaine T. Byszewski
Christopher R. Pitoun
301 N. Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
*elaine@hbsslaw.com*
*christopherp@hbsslaw.com*

*Attorneys for Plaintiffs and the Proposed Class*

---

[1] ECF No. 14.

[2] No. 15-cv-01364-CJC-AGR (Dkt. 39 Dec. 9, 2015).

[3] Complaint at, *e.g.*, 70, 84, 95.

[4] *Cf. id.* at 66, 91.

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
2:15-cv-08007-CJC (AGRx)

- 1 -