JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JESSICA HUGHES,<br><br>Plaintiff,<br><br>v.<br><br>BIG HEART PET BRANDS, ET AL.,<br><br>Defendants. | Case No.: CV 15-08007-CJC(AGRx)<br><br>JUDGMENT |

Pursuant to the Court's January 15 Order, it is HEREBY ADJUDGED that Plaintiff's complaint is dismissed with prejudice.

DATED: January 15, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

-1-